# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 16, 2023

## NO. 03-22-00760-CV

**Christina Renard-Dennard, Appellant**

**v.**

**Patrick Quincy Dennard, Appellee**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, KELLY, AND SMITH
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE BAKER**

This is an appeal from the order granting summary judgment signed by the trial court on November 14, 2022. Having reviewed the record, the Court holds that appellant has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.